UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01019-JDP<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>ECF No. 28 |

　　　　This case was before the court on February 15, 2024, for hearing on plaintiff's motion for leave to file a second amended complaint. ECF No. 28. Attorney Tanya Moore appeared on behalf of plaintiff, and attorney Stacy Dominquez appeared on behalf of defendants.

　　　　For the reasons stated on the record, it is hereby ORDERED that:

　　　　1. Plaintiff's motion for leave to file a second amended complaint, ECF No. 28, is granted.

　　　　2. Plaintiff shall file a copy of his second amended complaint, *see* ECF No. 28-2, by February 28, 2024.

　　　　3. Defendants shall file a response to plaintiff's second amended complaint by March 20, 2024.

1

4. The stay entered on July 28, 2022, ECF No. 28, is lifted.

IT IS SO ORDERED.

Dated:  February 22, 2024                    _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE